IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00798 YGR |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM |
| MICHAEL SINGLETARY, | ) | |
| Defendant. | ) | |

The defense has moved for a subpoena pursuant to Federal Rule of Criminal Procedure 17(b) and (c). For good cause shown, the Court authorizes the following subpoena to the San Pablo Police Department.

The Court further directs that all fees and expenses associated with production of the subpoenaed materials shall be paid as if subpoenaed by the government. The recipients of the subpoena shall produce the material on or before May 2, 2013.

IT IS SO ORDERED.

DATED: April 24, 2013

_____
Donna M. Ryu
United States Magistrate Judge