1  KENNETH H. WINE (#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400

4  Counsel for MICHAEL SINGLETARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-12-798 YGR |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE |
| v. | ) ) | TIME;  ORDER THEREON |
| MICHAEL SINGLETARY, | ) ) |  |
| Defendant. | ) ) |  |

The parties stipulate as follows:

1.  The case is currently set for a status hearing on July 19, 2013.

2.  The Superseding Indictment was filed on May 7, 2013, and includes a new charge for obstruction of justice.

3.  The defense has received discovery on the new charge, and is continuing with its investigation, which is not yet completed.  The defense has also requested additional discovery that the parties are working on in good faith.

4.  The parties request that the Court continue the case from July 19, 2013 to August 15, 2013 to allow for defense preparation and investigation.

5.  The parties agree that an exclusion of time under the speedy trial act is necessary for the effective preparation of the defense, and in the interests of justice.

STIP/ORDER

DATED: July 16, 2013            /s/ James Mann
                                         James Mann , Esq.
                                         Attorney for Plaintiff
                                         UNITED STATES

DATED: July 16, 2013            /s/ Kenneth Wine
                                         Kenneth H. Wine, Esq.
                                         Attorney for Defendant
                                         MICHAEL SINGLETARY

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that:

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude time between July 19, 2013 and August 15, 2013 would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The court further finds that the ends of justice served by excluding the time between July 19, 2013 and August 15, 2013 from computation under the Speedy Trial Act outweighs the best interests of the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 19, 2013 and August 15, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The case is set for a status hearing at 2:00 p.m. on August 15, 2013.

DATED: July 16, 2013                                  _____
                                         HON. YVONNE GONZALEZ ROGERS
                                         U.S. DISTRICT COURT