UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff and Respondent,<br><br> v.<br><br>**MICHAEL SINGLETARY,**<br><br>  Defendant and Petitioner. | Case No. 12-cr-0798-YGR<br><br>ORDER VACATING DEADLINE FOR PETITIONER'S REPLY AND SETTING STATUS REPORT DEADLINE<br><br>Re: Dkt. No. 73 |

The Court is aware that J. Frank McCabe has been appointed counsel for Defendant and Petitioner Michael Singletary. (Dkt. No. 94.) In light thereof, the deadline for Singletary's reply brief in support of his ineffective assistance of counsel (IAC) claim, previously set for March 11, 2016, is **VACATED**.

Counsel for Singletary is directed to file a status statement addressed to his proposed schedule for: (1) completing the briefing on the IAC claim; and (2) filing of the petition for sentencing relief in light of *Johnson v. United States*, no later than **April 8, 2016**.

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**