UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff and Respondent,<br><br>　v.<br><br>**MICHAEL SINGLETARY,**<br><br>　　　　　Defendant and Petitioner. | Case No. 12-cr-0798-YGR<br><br>ORDER VACATING DEADLINE FOR PETITIONER'S REPLY AND SETTING STATUS REPORT DEADLINE<br><br>Re: Dkt. No. 95, 97 |

　　　　The Court is in receipt of Petitioner's Status Statement (Dkt. No. 97) and the request therein that the Court permit him to file a petition for sentencing relief and a reply brief on his IAC claim, if any, on or before Friday, June 24, 2016.

　　　　Based upon that request, and Petitioner's representation that counsel for respondent has no objection to this proposed schedule, the Court **GRANTS** the extension of time for filing. Petitioner shall file any petition under *Johnson* and additional briefing on the IAC claim no later than June 24, 2016.

　　　　This Order terminates Dkt. Nos. 95 and 97.

　　　　**IT IS SO ORDERED.**

Dated: April 15, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**